charged as Special Master in this case.   [For earlier decision herein, see, *e. g.*, 462 U. S. 554.]

No. 82–2113.   RICHARDSON *v.* UNITED STATES.   C. A. D. C. Cir. [Certiorari granted, 464 U. S. 890.]   Motion of the Solicitor General to permit Michael W. McConnell, Esquire, to present oral argument *pro hac vice* granted.

No. 83–328.   MABRY, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTION *v.* JOHNSON.   C. A. 8th Cir. [Certiorari granted, 464 U. S. 1017.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–317.   BLOCK, SHERIFF OF THE COUNTY OF LOS ANGELES, ET AL. *v.* RUTHERFORD ET AL.   C. A. 9th Cir. [Certiorari granted, 464 U. S. 959.]   Motion of New York City Board of Correction for leave to file a brief as *amicus curiae* granted.

No. 83–850.   UNITED STATES *v.* KARO ET AL.   C. A. 10th Cir. [Certiorari granted, 464 U. S. 1068.]   Motion for appointment of counsel granted, and it is ordered that respondent Gene R. Rhodes is allowed to proceed *in forma pauperis* and that Roger Barges, Esquire, of Albuquerque, N. M., be appointed to serve as counsel for respondent Gene R. Rhodes in this case.   JUSTICE BLACKMUN dissents.

No. 83–916.   UNITED STATES *v.* MORTON.   C. A. Fed. Cir. [Certiorari granted, *ante,* p. 1004.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 83–1084.   VISTA RESOURCES, INC., ET AL. *v.* SEA-GRAVE CORP.   C. A. 2d Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–6111.   IN RE BERS.   Petition for writ of mandamus denied.

No. 83–990.   SCHOOL DISTRICT OF THE CITY OF GRAND RAPIDS ET AL. *v.* BALL ET AL.   C. A. 6th Cir.   Certiorari granted.

No. 83–1097.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* TURNER ET AL.   C. A. 9th Cir.   Certiorari granted.